| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Monique L. Collins** | Social Security number or ITIN | **xxx–xx–1960** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  13 | **12/11/19** |
| Case number: | **19–34917** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Monique L. Collins | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 14329 Chicago Road<br>Dolton, IL 60419 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 12/12/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 7, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/9/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/19/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/8/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on: **1/28/20** at **11:00 AM**, Location: **219 South Dearborn, Courtroom 642, Chicago, IL 60604.** The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-34917-ABG
Monique L. Collins                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: nbatson          Page 1 of 2          Date Rcvd: Dec 12, 2019
                             Form ID: 309I          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
```
db              +Monique L. Collins,    14329 Chicago Road,    Dolton, IL 60419-1149
28461180        +City of Chicago,    Att: Bankruptcy Dept,    121 N. LaSalle Street 7th Fl,
                  Chicago, IL 60602-1266
28461186        +Cook County Clerks Office,    Real Estate and Tax Division,    118 N Clark St. Rm 434,
                  Chicago, IL 60602-1413
28461195        +Markisha Boyd,    14325 Oak Street,    Dolton, IL 60419-1238
28461205        +Telecom Self-reported,    Po Box 4500,    Allen, TX 75013-1311
28461206        +US Bank / Cust for IL Salt Fox,    Investemnts,    Po Box 645191 Lockbox #005191,
                  Cincinnati, OH 45264-2312
28461207        +Wheeler Financial, Inc.,    120 N. LaSalle St.,    Suite 1350,    Chicago, IL 60602-3495
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: cutlerfilings@gmail.com Dec 13 2019 02:21:42      David H Cutler,
                  Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL   60076
tr              +E-mail/Text: courtnotices@chi13.com Dec 13 2019 02:22:41      Marilyn O Marshall,
                  224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust             +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 13 2019 02:22:45      Patrick S Layng,
                  Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                  Chicago, IL 60604-2027
28461175        +EDI: CINGMIDLAND.COM Dec 13 2019 06:58:00      AT&T,    PO Box 10330,    Fort Wayne, IN 46851-0330
28461176        +EDI: ATLASACQU.COM Dec 13 2019 06:58:00      Atlas Acquisitions LLC,    294 Union St,
                  Hackensack, NJ 07601-4303
28461177        +E-mail/Text: bankruptcy@cavps.com Dec 13 2019 02:23:30      Calvary Portfolio Services,
                  500 Summit Lake Dr,   Ste 400,    Valhalla, NY 10595-2322
28461178        +EDI: CAPITALONE.COM Dec 13 2019 06:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
28461179        +EDI: CAUT.COM Dec 13 2019 06:58:00      Chase Auto Finance,    National Bankruptcy Dept,
                  201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
28461181        +EDI: PHINHARRIS Dec 13 2019 06:58:00      City of Chicago Dept of Revenue,
                  C/O Arnold Scott Harris P.C,    111 W. Jackson Ste 600,    Chicago, IL 60604-3517
28461182        +EDI: WFNNB.COM Dec 13 2019 06:58:00      Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
28461183        +EDI: WFNNB.COM Dec 13 2019 06:58:00      Comenity Bank/Express,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
28461184         EDI: WFNNB.COM Dec 13 2019 06:58:00      Comenitybank/New York,    Attn: Bankruptcy,
                  Po Box 18215,    Columbus, OH 43218
28461185        +EDI: WFNNB.COM Dec 13 2019 06:58:00      Comenitycapital/fFe21,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
28461188        +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 13 2019 02:23:15      Cook County Treasure,
                  118 North Clark Street, Room 112,    Chicago, IL 60602-1590
28461187        +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 13 2019 02:23:15      Cook County Treasure,
                  118 N Clark St. Ste. 112,    Chicago, IL 60602-1590
28461189        +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 13 2019 02:23:15
                  Cook County Treasurer's Office,    118 North Clark Street,    Room 112,    Chicago, IL 60602-1590
28461190        +E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2019 02:25:04      Credit One Bank,
                  Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
28461191        +E-mail/Text: electronicbkydocs@nelnet.net Dec 13 2019 02:23:01      Dept Of Ed/Nelnet,
                  Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
28461192         E-mail/Text: rev.bankruptcy@illinois.gov Dec 13 2019 02:22:54
                  Illinois Department of Revenue,    Bankruptcy Section,    Po Box 19035,    Springfield, IL 62794
28461193         EDI: IRS.COM Dec 13 2019 06:58:00      Internal Revenue Service,
                  c/o Centralized Insolvency Operatio,    Post Office Box 7346,    Philadelphia, PA 19101-7346
28461194         EDI: JEFFERSONCAP.COM Dec 13 2019 06:58:00      Jefferson Capital Systems,    PO Box 7999,
                  Saint Cloud, MN 56302-9617
28461194         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2019 02:23:24      Jefferson Capital Systems,
                  PO Box 7999,    Saint Cloud, MN 56302-9617
28461196         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 13 2019 02:25:49      Merrick Bank,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
28461197        +EDI: CBS7AVE Dec 13 2019 06:58:00      Midnight Velvet,    Attn: Bankruptcy,    1112 7th Avenue,
                  Monroe, WI 53566-1364
28461198        +EDI: AGFINANCE.COM Dec 13 2019 06:58:00      OneMain Financial,    Attn: Bankruptcy Department,
                  601 Nw 2nd St #300,    Evansville, IN 47708-1013
28461201         EDI: AGFINANCE.COM Dec 13 2019 06:58:00      Springleaf,    6957 Broadway,
                  Lemon Grove, CA 91954
28461202        +EDI: RMSC.COM Dec 13 2019 06:58:00      Syncb/ccdstr,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
28461203        +EDI: RMSC.COM Dec 13 2019 06:58:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
28461204        +EDI: RMSC.COM Dec 13 2019 06:58:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
                                                                                              TOTAL: 29
```

```
District/off: 0752-1          User: nbatson              Page 2 of 2               Date Rcvd: Dec 12, 2019
                              Form ID: 309I              Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28461200         Springleaf
28462584*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
28461199      ##+Security Credit Systems,    Po Box 846,    Buffalo, NY 14240-0846
                                                                                       TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Monique L. Collins cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```