## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Monique L. Collins | ) | Chapter 13 |
| | ) | Case No. 19 B 34917 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

### Notice of Motion

Monique L. Collins
14329 Chicago Road
Dolton, IL  60419

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

On January 28, 2020 at 11:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, January 18, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

### Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/11/2019.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

4. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

5. The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors

6. The debtor(s) have failed to provide required identification and or social security documentation.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE